**Stephen J. Voorhees OSB #015088**
stephen@forumlawgroup.com
**FORUM LAW GROUP, LLC**
**811 SW Naito Parkway, Suite 420**
**Portland, Oregon 97204**
**Tel: 503.780.6800**
**Fax: 503.961.1474**

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

**CHRISTOPHER HUGHSON, individually**
And on behalf of all others similarly situated

       Plaintiff,

   vs.                         Case No. 16-cv-2004-YY

**CAPITAL ADVANCE SOLUTIONS, LLC,**    NOTICE OF VOLUNTARY
a New Jersey Corporation                    DISMISSAL PURSUANT TO
                                                F.R.C.P. 41(a)(1)(A)(i)

**PILOTHOUSE SOLUTIONS LLC,**
a New York Corporation

**GEOFFREY HORN, individually**

**CHARLES BETTA, individually**

       Defendants

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to FRCP 41(a)(1)(A)(i), the plaintiff, Christopher Hughson, individually and on behalf of all others similarly situated, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants.

1

Respectfully submitted,

FORUM LAW GROUP, LLC

   /s/ Stephen J. Voorhees
Stephen J. Voorhees        OR Bar # 150595
811 SW Naito Parkway, Suite 420
Portland, Oregon 97204
Phone – 816-445-2100
Fax – 816-445-2120
stephen@forumlawgroup.com
ATTORNEY FOR PLAINTIFF